# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FUNDAMENTAL INNOVATION SYSTEMS INTERNATIONAL LLC<br><br>    Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO. LTD. ET AL<br><br>    Defendants | Civil Action No. 2:17-cv-145-JRG |

## JOINT MOTION FOR ENTRY OF PROPOSED PROTECTIVE ORDER WITH DISPUTED PROVISIONS FOR RESOLUTION BY THE COURT

Plaintiff Fundamental Innovation Systems International LLC ("Plaintiff") and Defendants Samsung Electronics Company, Ltd., and Samsung Electronics America, Inc. ("Defendants") jointly submit this motion seeking entry of a Protective Order. The parties have conferred regarding the Court's default Protective Order, and have been able to agree on a number of a proposed changes and additions, but have been unable to agree on others. The Proposed Protective Order with Disputed Provisions is attached hereto as a proposed order. Plaintiff's position on the disputed provisions is set forth in Exhibit A attached hereto, along with supporting exhibits A-1 through A-15. Samsung's position on the disputed provisions is set forth in Exhibit B attached hereto, along with supporting exhibits B-1 through B-3. The parties respectfully request that the Court enter a Protective Order after resolving the parties' disagreement over the disputed provisions.

Dated: July 7, 2017            Respectfully submitted,

By: */s/ Thomas C. Werner*

S. Calvin Capshaw
State Bar No. 03783900
ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
ederieux@capshawlaw.com
CAPSHAW DERIEUX LLP
114 East Commerce Avenue
Gladewater, Texas 75647
Tel: (903) 845-5770

Jason G. Sheasby LEAD ATTORNEY)
jsheasby@irell.com
Andrei Iancu
aiancu@irell.com
H. Annita Zhong
hzong@irell.com
Thomas C. Werner
twerner@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:(310) 277-1010
Facsimile:(310) 203-7199

**Attorneys for Plaintiff
Fundamental Innovation Systems
International LLC**

*/s/ Melissa Richards Smith*
Gregory S. Arovas, P.C.
greg.arovas@kirkland.com
Todd M. Friedman, P.C.
todd.friedman@kirkland.com
James H. McConnell
james.mcconnell@kirkland.com
Alex Henriques
alex.henriques@kirkland.com
Jeremy Wilson
jeremy.wilson@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Edward C. Donovan
edward.donovan@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

Melissa Richards Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd. and Samsung*
*Electronics America, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 7th day of July, 2017.

                                                */s/ Melissa Richards Smith*
                                                Melissa Richards Smith