# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FUNDAMENTAL INNOVATION SYSTEMS INTERNATIONAL LLC<br><br>    Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO. LTD. ET AL<br><br>    Defendants | Civil Action No. 2:17-cv-145-JRG |

## ORDER OF DISMISSAL

Before the Court is Plaintiff Fundamental Innovation Systems International LLC, Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s Stipulation of Dismissal Under Rule 41. The Court, having considered same, is of the opinion this matter should be dismissed.

IT IS THEREFORE ORDERED that all claims and counterclaims in this matter are dismissed with prejudice and that each party shall bear its own costs and attorneys' fees.

**SIGNED this 16th day of July, 2018.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE